AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
for the
MIDDLE DISTRICT
FORT MYERS, FLORIDA

SALVATORE P. CORDOVANO
Petitioner

v.

UNITED STATES
STATE OF FLORIDA AND
SHERIFF BOB GUALTIERI
Respondent
(name of warden or authorized person having custody of petitioner)

Case No. 2:24-CV-270-JLB-KCD
(Supplied by Clerk of Court)

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1. (a) Your full name: SALVATORE P. CORDOVANO
   (b) Other names you have used: SAL CORDOVANO

2. Place of confinement:
   (a) Name of institution: PINELLAS COUNTY JAIL
   (b) Address: 14400 49TH ST. NORTH CLEARWATER, FL. 33762-2877
   (c) Your identification number: 1932456

3. Are you currently being held on orders by:
   ☐ Federal authorities   ☒ State authorities   ☐ Other - explain:
   STATE ATTORNEYS - JUDGES - PUBLIC DEFENDERS

4. Are you currently:
   ☒ A pretrial detainee (waiting for trial on criminal charges)
   ☐ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
   If you are currently serving a sentence, provide:
   (a) Name and location of court that sentenced you: N/A
   (b) Docket number of criminal case: N/A
   (c) Date of sentencing: N/A
   ☐ Being held on an immigration charge
   ☐ Other (explain): N/A

### Decision or Action You Are Challenging

5. What are you challenging in this petition:
   ☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

☒ Pretrial detention
☐ Immigration detention
☐ Detainer
☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)
☐ Disciplinary proceedings
☒ Other *(explain)*: ★ DISMISSAL OF MOTION TO DISMISS COUNSEL. ★ UNLAWFUL PREDATOR STIPULATIONS IMPOSED UPON ME. I AM NOT A REGISTERED PREDATOR.

6. Provide more information about the decision or action you are challenging:
   (a) Name and location of the agency or court: QUESTION-G COURTROOM-8 4TH FLOOR - 14250 49TH ST. N. - BURGESS/SEXUS RES.
   (b) Docket number, case number, or opinion number: 23-05766-CF
   (c) Decision or action you are challenging *(for disciplinary proceedings, specify the penalties imposed)*: PREJUDICIAL DISMISSAL OF MOTION WITHOUT REQUIRED PUBLISHED LOWER TRIBUNAL ORDER. JUDGE BURGESS DEEMING ME INCOMPETENT TO REPRESENT MYSELF.
   (d) Date of the decision or action: SEPT. 22nd, 2023

**Your Earlier Challenges of the Decision or Action**

7. **First appeal**
   Did you appeal the decision, file a grievance, or seek an administrative remedy?
   ☒ Yes          ☐ No
   (a) If "Yes," provide:
       (1) Name of the authority, agency, or court: SECOND DISTRICT COURT OF APPEAL - TAMPA, FLA.
       (2) Date of filing: OCT. 1ST, 2023
       (3) Docket number, case number, or opinion number: 2023-2156
       (4) Result: UNLAWFUL COURT ORDER ISSUED
       (5) Date of result: NOV. 18TH, 2023 CASE # 2023-2155
       (6) Issues raised: MOTION TO DISMISS COUNSEL WAS ERRONEOUSLY AND PREJUDICIALLY DISMISSED BY JUDGE BURGESS DEEMING ME INCOMPETENT TO PROCEED PRO SE SO AS TO PUSH THROUGH THE COURT THE FRAUDULENT FELONY FILED. REVOKED BOND MISDEMEANOR REMAINS OPEN TO PREVENT ME BONDING OUT APPEAL.
   (b) If you answered "No," explain why you did not appeal: N/A

8. **Second appeal**
   After the first appeal, did you file a second appeal to a higher authority, agency, or court?
   ☒ Yes          ☐ No

(a) If "Yes," provide:

(1) Name of the authority, agency, or court: FLORIDA SUPREME COURT TALLAHASSEE, FLORIDA

(2) Date of filing: NOV. 27TH, 2023 - RECORDED DEC. 15TH, 2023

(3) Docket number, case number, or opinion number: SC2023-1727

(4) Result: STILL UNNECESSARILY PENDING TO DATE

(5) Date of result: PENDING

(6) Issues raised: SAME AS QUESTION 7. (a)(6) POLICE NARRATIVE & PERJURY INFORMATION DON'T MATCH. DOES NOT APPEAR THEY'VE IDENTIFIED IMPEACHMENT OF MISDEMEANOR/VIOLATION. FAILURE TO OBTAIN DMV-DL; I REGISTERED AT DMV WITH EXTENSION OF TIME FOR PRINTED DL. FAILURE TO REGISTER ADDRESS/EMPLOYMENT.

(b) If you answered "No," explain why you did not file a second appeal: I HAD 24 HRS. STILL N/A LEFT TO REGISTER.

9. **Third appeal**

After the second appeal, did you file a third appeal to a higher authority, agency, or court?

☒ Yes   ☐ No

(a) If "Yes," provide:

(1) Name of the authority, agency, or court: UNITED STATES DISTRICT COURT - TAMPA, FLA DIVISION

(2) Date of filing: DEC. 27TH, 2023 ; JAN. 3RD 2024

(3) Docket number, case number, or opinion number: UNCERTAIN

(4) Result: THEY CLAIM THEY HAVE 5 ENVELOPES - 6-5??

(5) Date of result: IT SEEMS THEY LOST 1/2 FELONY   WERE MAILED

(6) Issues raised: SAME AS QUESTION 8. (a)(6) ADDITION OF 2ND DCA CORRUPTION AND NEW EVIDENCE OF FRAUDULENT INFORMATION FILED. DID TAMPA ENCOMPASS WITH MISDEMEANOR? I HAVE AN INQUIRY TO THE COURT PENDING.

(b) If you answered "No," explain why you did not file a third appeal: DID TAMPA DIV. SUMMARILY DISMISS THIS FELONY THRU MISDEMEANOR? DO THEY HAVE THE EXHIBIT ENVELOPE OR NOT THE 225?

10. **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?

☐ Yes   N/A ☐ No - I AM NOT CONVICTED OR SENTENCED

If "Yes," answer the following:

(a) Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

☐ Yes   N/A   ☐ No

If "Yes," provide:
(1) Name of court: _N/A_
(2) Case number: _____
(3) Date of filing: _____
(4) Result: _____
(5) Date of result: _____
(6) Issues raised: _____

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?
☐ Yes   _N/A_   ☐ No

If "Yes," provide:
(1) Name of court: _N/A_
(2) Case number: _____
(3) Date of filing: _____
(4) Result: _____
(5) Date of result: _____
(6) Issues raised: _____

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: _I AM NEITHER SENTENCED NOR CONVICTED NOR AM I A FEDERAL INMATE — I AM A STATE OF FLORIDA INMATE._

11. **Appeals of immigration proceedings**
Does this case concern immigration proceedings?
☐ Yes   ☒ No

If "Yes," provide:
(a) Date you were taken into immigration custody: _N/A_
(b) Date of the removal or reinstatement order: _____
(c) Did you file an appeal with the Board of Immigration Appeals?
☐ Yes   _N/A_   ☐ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

If "Yes," provide:
(1) Date of filing: _N/A_
(2) Case number: _____
(3) Result: _____
(4) Date of result: _____
(5) Issues raised: _____

(d) Did you appeal the decision to the United States Court of Appeals?
☐ Yes   _N/A_   ☐ No

If "Yes," provide:
(1) Name of court: _N/A_
(2) Date of filing: _____
(3) Case number: _____
(4) Result: _____
(5) Date of result: _____
(6) Issues raised: _____

12. **Other appeals**

Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?
☒ Yes   ☐ No

If "Yes," provide:
(a) Kind of petition, motion, or application: _MOTION FOR REHEARING_
(b) Name of the authority, agency, or court: _SECOND DISTRICT COURT OF APPEAL - TAMPA, FLA._
(c) Date of filing: _NOV. 13TH, 2023_
(d) Docket number, case number, or opinion number: _2023-2156_
(e) Result: _DENIED_
(f) Date of result: _DEC. 4TH, 2023_
(g) Issues raised: _L.T. & 2ND DCA ARE IN ERROR STATING "NON-APPEALABLE ORDER", SUPPRESSING L.T.'S UNWILLINGNESS TO PRODUCE APPEALABLE ORDER - VIOLATION OF THIS REPONENT'S DUE PROCESS OF LAW RIGHTS ALONG WITH CONSTITUTIONAL RIGHTS VIOLATIONS THRU CORRUPTION, COLLUSION AND MANIPULATION OF PROCESS PRECLUDING SUPREME COURT HABEAS CORPUS._

## Grounds for Your Challenge in This Petition

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**GROUND ONE:** 2ND DCA DISMISSES THIS DEPONENT'S APPEAL, CASE # 2D23-2156 (ERRONEOUS ORDER DATED NOV. 1ST, 2023 DUE PROCESS VIOLATION)

(a) Supporting facts (Be brief. Do not cite cases or law.):
UNLAWFUL DISMISSAL OF APPEAL OF LOWER TRIBUNAL'S JUDGE BURGESS DISMISSING MOTION TO DISMISS COUNSEL - DEEMING ME INCOMPETENT, RE-HEARING FILED ALONG WITH PUBLIC DEFENDER HOUSTON'S COURT MANDATORY REHEARING, NOV. 14TH, 2023.

(b) Did you present Ground One in all appeals that were available to you?
☒ Yes   ☐ No

**GROUND TWO:** THIS DEPONENT'S CORRECT ADDRESS WAS REGISTERED. "SPOT CHECK" IS ONLY OPEN TUES., WED., THUR. 8AM-4PM ! I STILL HAD 24 HOURS LEFT TO REGISTER !

(a) Supporting facts (Be brief. Do not cite cases or law.):
ADDRESS REGISTERED WITH PINELLAS COUNTY JUSTICE CENTER, CLERK MON. JUNE 12TH, 2023 THROUGH CASE # 23-004084-ED ON THIS DEPONENT'S MOTION TO DISMISS INJUNCTION WITHOUT PREDATOR SANCTIONS !

(b) Did you present Ground Two in all appeals that were available to you?
☒ Yes   ☐ No

**GROUND THREE:** ARREST AFFIDAVIT AND FELONY INFORMATION CONTRADICT EACH OTHER. ARREST AFFIDAVIT STATES PREDATOR STIPULATIONS

(a) Supporting facts (Be brief. Do not cite cases or law.): WED. JUNE 14TH, 2023.
FELONY INFORMATION FILED JULY 10TH, 2023, CONTRADICTS AFFIDAVIT. INFORMATION FINALLY HANDED TO ME WED. DEC. 20TH, 2023 BY JUDGE SERIUS. I WAS FORCED BY "SPOT" TO ADHERE TO PREDATOR - OCT. 10TH, 2018 TO JUNE 14TH, 2023, ALMOST 5 YEARS !

(b) Did you present Ground Three in all appeals that were available to you?
☒ Yes   ☐ No

**GROUND FOUR:** 2ND DCA ISSUES UNLAWFUL COURT ORDER - CASE # 2023-2155, NOV. 16TH, 2023 FOR THIS DEPONENT TO ADHERE TO HABEAS CORPUS FILED TO SUPREME.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

IT WAS THEN I HAD THE CONFIRMATION THAT I NEEDED OF THE INTENTIONAL, PREMEDITATED ERRORS TO PREVENT MY BONDING OUT ON FRAUDULENT FELONY PREDICATING SUPREME COURT FILING. KIDNAPPING, SEXUAL ASSAULT, ATTEMPTED MURDER ALL SETTING NEW UNCONSCIONABLE PRECEDENTS.

(b) Did you present Ground Four in all appeals that were available to you?
☒ Yes   ☐ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not: JUDGE SERCUS UNLAWFULLY DENIED APPELLATE BOND REDUCTION PURSUANT TO THE BAIL SCHEDULE AND F.S. 924.15 (THUR. MAR. 7TH, 2024. BAIL IS STILL AT 20,000 DOLLARS, NINE MONTHS LATER. CASE IS DISMISSABLE - DEFECTIVE FELONY INFORMATION, NINE MONTHS LATER.

**Request for Relief**

15. State exactly what you want the court to do: FIRST AND FOREMOST JUSTICE! PLEASE, REVIEW THE ORIGINAL HABEAS CORPUS TO 2ND DCA DATED AUG. 15TH, 2023; PLEASE SCRUTINIZE THE HABEAS CORPUS TO FLA. SUPREME COURT DATED NOV. 27TH, 2023; PLEASE SET AN EVIDENTIARY HEARING IN THE INTEREST OF JUSTICE!

THANK YOU!

GREATFULLY YOURS,

[signature]

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system: _MARCH 18TH, 2024_

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: _MAR. 13TH, 2024_    _[signature]_
                            Signature of Petitioner

_SALVATORE P. CORDOVIRRO_
Signature of Attorney or other authorized person, if any